JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-01503-SSS-SPx | Date | October 28, 2025 |
| Title | *Hoang Le v. Nowell Plaza, LLC* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION [DKT. NO. 13]**

On August 8, 2025, the Clerk entered default against Defendant Nowell Plaza, LLC pursuant to Federal Rule of Civil Procedure 55(a). [Dkt. No. 12]. This Court issued an Order to Show Cause to Plaintiff as to why the case should not be dismissed for lack of prosecution on September 26, 2025. [Dkt. No. 13]. Plaintiff was ordered to show cause in writing on or before October 10, 2025, as to why the action should not be dismissed. Plaintiff has not provided a Response to the Order to Show Cause.

The Court hereby **DISMISSES WITHOUT PREJUDICE** the action for lack of prosecution.

**IT IS SO ORDERED.**